# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ARTUT ASHOTOVICH SIMONYAN,

                  Petitioner,

    v.

THE UNITED STATES OF AMERICA;
KRISTI NOEM, in her Official Capacity,
Secretary of the Department of Homeland
Security; PAMELA J. BONDI, in her
Official Capacity, Attorney General,
Department of Justice; DANIEL A.
BRIGHTMAN, in his Official Capacity,
Field Office Director, San Diego Field
Office, U.S. Immigration and Customs
Enforcement, Enforcement and Removal
Operations; TODD LYONS, in his
Official Capacity, Acting Director,
Immigration and Customs Enforcement;
CHRISTOPHER J. LAROSE, in his
Official Capacity, Warden of Otay Mesa
Detention Center,

                  Respondents.

Case No.:  26cv1564 DMS MMP

**ORDER REQUIRING RESPONSE**

1

26cv1564 DMS MMP

On March 9, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **March 23, 2026**.  Petitioner shall file his reply on or before **March 26, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 16, 2026

_____

Hon. Dana M. Sabraw
United States District Judge