

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ARTUR ASHOTOVICH SIMONYAN,

Petitioner,

v.

THE UNITED STATES OF AMERICA; KRISTI NOEM, in her Official Capacity, Secretary of the Department of Homeland Security; PAMELA J. BONDI, in her Official Capacity, Attorney General, Department of Justice; DANIEL A. BRIGHTMAN, in his Official Capacity, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; TODD LYONS, in his Official Capacity, Acting Director, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, in his Official Capacity, Warden of Otay Mesa Detention Center,

Respondents.

Case No.:  26cv1564 DMS MMP

**ORDER REQUESTING STATUS**

This case is currently pending before the Court.  The Court has reviewed the parties' briefs and the relevant case law, and requests an update from Respondents on the status of

1

26cv1564 DMS MMP

their efforts to remove Petitioner. Respondents shall submit a status report on or before **July 2, 2026**. Absent any additional evidence to show there is a significant likelihood Petitioner will be removed in the reasonably foreseeable future, the Court's tentative ruling is to grant the Petition and order Petitioner's release. *See Vo v. Noem*, Case No. 26cv0074 DMS (MSB), ECF No. 8.

     **IT IS SO ORDERED.**

Dated:  May 7, 2026

                                                    Hon. Dana M. Sabraw
                                                    United States District Judge

26cv1564 DMS MMP