**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ARTUR ASHOTOVICH SIMONYAN,

Petitioner,

v.

THE UNITED STATES OF AMERICA; KRISTI NOEM, in her Official Capacity, Secretary of the Department of Homeland Security; PAMELA J. BONDI, in her Official Capacity, Attorney General, Department of Justice; DANIEL A. BRIGHTMAN, in his Official Capacity, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; TODD LYONS, in his Official Capacity, Acting Director, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, in his Official Capacity, Warden of Otay Mesa Detention Center,

Respondents.

Case No.: 26cv1564 DMS MMP

**AMENDED ORDER GRANTING PETITION**

On May 7, 2026, the Court issued an order requesting a status report from Respondents on their efforts to remove Petitioner. On July 2, 2026, Respondents submitted

their status report stating that although their efforts to remove Petitioner are ongoing, they do "not have a travel document and [are] unable to proceed with scheduling a flight to effectuate Petitioner's removal." (ECF No. 11.) In light of that status, the Court finds there is no significant likelihood Petitioner will be removed to Azerbaijan in the reasonably foreseeable future. Thus, despite Petitioner's lengthy and serious criminal history, which warrants his removal from the United States, Petitioner's present detention is unlawful and he must be released. *See*, *e.g.*, *Fana v. Noem*, Case No. 26cv0504 DMS (MMP), ECF No. 11; *Baythavong v. Rocha*, Case No. 26cv1138 DMS (MSB), ECF No. 7. In accordance with this Order, the parties are ordered to file a Joint Status Report on or before **July 20, 2026**, confirming Petitioner has been released.

**IT IS SO ORDERED.**

Dated: July 13, 2026

Hon. Dana M. Sabraw
United States District Judge